UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLEN ETIENNE | CIVIL ACTION |
| VERSUS | NO. 20-1979 |
| DARRYL VANNOY, WARDEN | SECTION M (1) |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the magistrate judge's report and recommendation ("R&R"),[1] and the failure of any party to file an objection to the R&R, hereby approves the R&R and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Allen Etienne is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 8th day of December, 2021.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 25.